UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 MAY -1  PM 1:07

BY_____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 12CR1201-CAB |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| GABRIEL MEDINA ZEPEDA, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) as charged in the Information:

21:952 and 960 - Importation of Marijuana (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 17, 2012

Nita L. Stormes
U.S. Magistrate Judge